# United States Court of Appeals
## For the First Circuit

No. 10-2227

ELIZABETH ROHNERT CHARALAMBOUS,

Respondent, Appellant,

v.

SAVVAS CHARALAMBOUS,

Petitioner, Appellee.

**ERRATA SHEET**

The opinion of this court issued on December 8, 2010 is amended as follows:

On page 14, line 3, "Charalambous, 2010 WL 4115495, at *11." is inserted after "returned.""